IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEANDRE TREVON JOHNSTON | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations:  18 U.S.C. §§ 922(g)(1), 922(j), 924(a)(2), 924(a)(8), and 2 |

COUNT ONE

**Possession of Firearms by a Convicted Felon**

The Grand Jury Charges:

On or about April 5, 2023, in the District of North Dakota,

DEANDRE TREVON JOHNSTON,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to wit:

(1) Robbery, two counts, in violation of N.D.C.C. § 12.1-22-01(2), each a Class A felony, in East Central Judicial District, Cass County, State of North Dakota, Case No. 09-2011-CR-04176, on or about March 12, 2012;
(2) Possession of Marijuana with Intent to Deliver, in violation of N.D.C.C. § 19-03.1-23(1)(b), a Class B felony, in East Central Judicial District, Cass County, State of North Dakota, Case No. 09-2014-CR-04175, on or about May 4, 2015; and
(3) Possession of Firearms by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), a Class C felony, in U.S. District Court for the District of North Dakota, Case No. 3:18-cr-00151, on or about August 8, 2018;

did knowingly possess in and affecting commerce one or more firearms, that is:

(1) One FNH, Model 509C Tactical, 9mm pistol, bearing Serial Number GKS0217160; and
(2) One FNH, Model 509 Tactical, 9mm pistol, bearing Serial Number GKS0141439;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

## COUNT TWO

**Possession of a Firearm and Ammunition by a Convicted Felon**

The Grand Jury Further Charges:

On or about April 27, 2023, in the District of North Dakota,

DEANDRE TREVON JOHNSTON,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to wit:

(1) Robbery, two counts, in violation of N.D.C.C. § 12.1-22-01(2), each a Class A felony, in East Central Judicial District, Cass County, State of North Dakota, Case No. 09-2011-CR-04176, on or about March 12, 2012;
(2) Possession of Marijuana with Intent to Deliver, in violation of N.D.C.C. § 19-03.1-23(1)(b), a Class B felony, in East Central Judicial District, Cass County, State of North Dakota, Case No. 09-2014-CR-04175, on or about May 4, 2015,
(3) Possession of Firearms by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), a Class C felony, in U.S. District Court for the District of North Dakota, Case No. 3:18-cr-00151, on or about August 8, 2018;

did knowingly possess in and affecting commerce a firearm and ammunition, that is:

(1) One Glock, Model 43, 9mm pistol, bearing Serial Number AGWN227; and
(2) Three rounds of Federal-manufactured 9mm ammunition;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

## COUNT THREE

**Possession of a Stolen Firearm**

The Grand Jury Further Charges:

On or about April 27, 2023, in the District of North Dakota,

DEANDRE TREVON JOHNSTON

knowingly possessed, received, concealed, and stored, a stolen firearm, that is one Glock, Model 43, 9mm pistol, bearing Serial Number AGWN227, which had been shipped and transported in interstate or foreign commerce, knowing and having reasonable cause to believe the firearm was stolen;

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

JTR/tal