AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>DEANDRE TREVON JOHNSTON<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  3:23-cr-00146 |

REC'D USMS-D/ND
2023 AUG 3 10:33

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Deandre Trevon JOHNSTON

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Possession of Firearms by a Convicted Felon
Possession of a Firearm and Ammunition by a Convicted Felon
Possession of a Stolen Firearm

Date:    08/03/2023

/s/ Pamela Bloomquist
*Issuing officer's signature*

City and state:    Fargo, North Dakota

Pamela Bloomquist, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 4/6/2023 , and the person was arrested on *(date)* 8/4/2023
at *(city and state)* Fargo, ND

Date: 8/4/2023

DUSM [signature] FOR: ATF Brad Zeska
*Arresting officer's signature*

DUSM Josh Leet
*Printed name and title*